IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JOANNE PETERS, an individual** | ) ) ) ) |
| Plaintiff, | ) Case Number: 1:20-CV-04949 ) |
| -vs- | ) District Judge: Charles R. Norgle, Sr. ) |
| **STEVEN ANDREW WYNHOFF, an individual** | ) ) |
| Defendant. | ) |

**REQUEST FOR ENTRY OF DEFAULT**

In accordance with Fed. R. Civ. R. 55(a), Plaintiff JOANNE PETERS, by and through her attorneys, Ziliak Law, LLC, requests that the Clerk enter a default against Defendant STEVEN ANDREW WYNHOFF for failure to plead or otherwise defend.

**AFFIDAVIT**

In support of the request for Clerk's Entry of Default, counsel for Plaintiff states that:

1. The Complaint and Summons were served on October 17, 2020, at 1605 SW Sunset Street, Blue Springs, Missouri, 64105, by personal service. (See ECF Doc. No. 7).

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. On information and belief, the defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Dated: November 19, 2020

By: James E. Griffith, #6269854

1

                                                Ziliak Law, LLC
                                                141 W. Jackson Blvd., Suite 4048
                                                Chicago, Illinois 60604
                                                (312) 482.3500
                                                docket@ziliak.com
                                                jgriffith@ziliak.com

## Certificate of Service

I, James E. Griffith, on attorney on behalf of the Plaintiff, JOANNE PETERS, certify that a true and correct copy of Plaintiff's **REQUEST FOR ENTRY OF DEFAULT** has been forwarded via first-class mail to Defendant, Steven Andrew Wynhoff, at 1605 SW Sunset Street, Blue Springs, Missouri, 64105, this November 19, 2020.

_____
By: James E. Griffith, #6269854
Ziliak Law, LLC
141 W. Jackson Blvd., Suite 4048
Chicago, Illinois 60604
(312) 482.3500
docket@ziliak.com

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Illinois

Case Number: 1:20-CV-04949

Plaintiff:
**Joanne Peters**

vs.

Defendant:
**Steven Andrew Wynhoff**

For:
Ziliak Law, LLC
141 W Jackson Blvd, Ste 4048
Chicago, IL 60604

Received by Action Legal Process to be served on **Steven Andrew Wynhoff, 1605 SW Sunset Street, Blue Springs, MO 64105**.

I, Ronald J. Rugen, being duly sworn, depose and say that on the **17th day of October, 2020** at **2:20 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **Aaron Doll** as **verified co-resident** at the address of: **1605 SW Sunset Street, Blue Springs, MO 64105**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 4th day of November, 2020 by the affiant who is personally known to me by presenting photo identification.

NOTARY PUBLIC

AMBER L. NOLIN
Notary Public-Notary Seal
STATE OF MISSOURI
Jackson County
My Commission Expires Oct. 8, 2023
Commission # 15506476

Ronald J. Rugen
Process Server

Action Legal Process
6812 N. Oak Trafficway
Suite 2
Kansas City, MO 64118
(888) 511-1919

Our Job Serial Number: RTI-2020011108

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t

