Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Clerk's Office | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 20cv4949 | **DATE** | 12/4/2020 |
| **CASE TITLE** | Peters v. Wynhoff | | |

**DOCKET ENTRY TEXT**

Default is entered pursuant to FRCP 55(a) as to Steven Andrew Wynhoff for failure to answer or otherwise plead.

00:00

| | Courtroom Deputy Initials: | JN |
|---|---|---|