# **EXHIBIT A**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| JOANNE PETERS, an individual ) ) ) Plaintiff, ) -vs- ) ) STEVEN ANDREW WYNHOFF, an individual ) ) Defendant. ) | Case Number: 1:20-CV-04949 District Judge: Charles R. Norgle, Sr. |

To: Steven Andrew Wynhoff
1300 NW Willow Drive
Grand valley, MO 64029

## NOTICE OF PLAINTIFF'S ENTRY OF DEFAULT

**PLEASE TAKE NOTICE** that on December 4, 2020, the Clerk's Office of the United States District Court, Northern District of Illinois, located at 219 South Dearborn Street, Chicago, Illinois 60604, entered a Default against Steven Andrew Wynhoff in the above captioned matter, a copy of which is attached and is hereby served upon you.

/s/ *James E. Griffith*
James E. Griffith

## Certificate of Service

A true and correct copy of the **Entry of Default** has been sent via first-class mail to the above address this December 30, 2020.

/s/ *James E. Griffith*
By: James E. Griffith, #6269854
Ziliak Law, LLC
141 W. Jackson Blvd., Suite 4048
Chicago, Illinois 60604
(312) 482.3500
docket@ziliak.com

# **EXHIBIT B**

# Iowa Courts Online Search

Trial Court Case Details

**Search Results Back**  [Print All Pages]  **Help Home New Search**

## Filings

Title: ARNOLDS PARK VS WYNHOFF, STEVEN ANDREW
Case: 03301APSMSM073230 (DICKINSON)
Citation Number:

| Event | Filed By | Filed | Create Date | Last Updated | Action Date |
|---|---|---|---|---|---|
| ORDER FOR CONTINUANCE | LARSON DAVID C | 04/22/2021 | 04/22/2021 | 04/22/2021 | |
| *Comments:* NON JURY TRIAL 06/10/2021 01:15 PM DKAC. | | | | | |
| APPEARANCE | SANDY JOHN LAWRENCE | 04/21/2021 | 04/22/2021 | 04/22/2021 | |
| ORDER FOR CONTINUANCE | LARSON DAVID C | 02/25/2021 | 02/25/2021 | 02/25/2021 | |
| *Comments:* NON JURY TRIAL 04/22/2021 01:45 PM DKAC. CC MAILED TO DEFT. | | | | | |
| ORDER SETTING | LARSON DAVID C | 02/24/2021 | 02/24/2021 | 02/24/2021 | |